# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ANGELA CHRISTINE BASHORE | § | |
| | § | |
| v. | § | Case No. 4:11-CV-13 |
| | § | Judge Schneider/Judge Mazzant |
| SECURITY CREDIT SYSTEMS, INC. and | § | |
| TRAVELERS CASUALTY AND SURETY | § | |
| COMPANY OF AMERICA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 11, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Verified Application for Temporary Restraining Order and Request for Temporary and Permanent Injunctive Relief (Dkt. #13) should be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Verified Application for Temporary Restraining Order and Request for Temporary and Permanent Injunctive Relief (Dkt. #13) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 7th day of April, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE